**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Larry M. Lund and Theresa A. Lund,
husband and wife,

Plaintiffs,

Civil No. 00-730 ADM/AJB

v.

**ORDER**

United States of America, by and through the United States Department of Agriculture, Rural Development Agency, acting on behalf of Rural Housing Service in the State of Minnesota,

Defendant.

---

The above matter is before the Court upon the motion of Plaintiffs' attorney, requesting permission to withdraw as counsel. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion is **denied** [Docket No. 11].

Dated: 4/12/01

Arthur J. Boylan
United States Magistrate Judge

APR 12 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**MEMORANDUM**

Before the Court is a motion to withdraw, unaccompanied by a substitution of counsel. Local Rule 83.7(c) provides that a withdrawal of counsel, unaccompanied by a substitution of counsel, will be granted where good cause is shown. Here, Plaintiffs' attorney has demonstrated that Plaintiffs have been uncooperative and have failed to pay their legal bills. All things aside, there has been good cause shown for withdrawal. However, as of the date of the motion, Plaintiffs' counsel had not been contacted by his clients for nearly eight months. The basis to withdraw should have been apparent for some time. The motion was brought only after a motion to dismiss was filed, and about 2 ½ months before trial is scheduled to commence. Plaintiffs' counsel may not withdraw at this stage in the litigation.

AJB